UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN CAMPOS GALVAN,<br><br>　　　　　Defendant. | CASE NO.:   21-CR-3525-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting is GRANTED. The January 28, 2022 Motion Hearing/ Trial Setting is hereby continued to March 11, 2022 at 1:30 p.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated:  January 21, 2022

　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　United States District Judge