# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN CAMPOS-GALVAN,<br><br>Defendant. | Case No.: 21-CR-03525-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |

    The plaintiff, United States of America, and Ruben Campos-Galvan, by and through his counsel, Jessica J. Oliva, have filed a joint motion to continue the March 11, 2022 Motion Hearing and Trial Setting.

    Good cause shown, the Court grants the motion and resets the Motion Hearing and Trial Setting for April 22, 2022 at 1:30 p.m. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A).

    IT IS SO ORDERED.

Dated: February 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge